**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | |
|---|---|
| 1. **Debtor's name** | **Dalton Crane, L.C.** |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 2  7 – 1  1  2  0  7  3  8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **599 State Hwy 111 N** | |
| Number    Street | Number    Street |
| **P.O. Box 725** | |
| | P.O. Box |
| | |
| **Edna**         **TX**    **77957** | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **JACKSON** | |
| County | |
| | Number    Street |
| | |
| | City              State    ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor **Dalton Crane, L.C.**                                        Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Dalton Crane, L.C.**                                              Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                                        MM / DD / YYYY

        District _____  When _____ Case number _____
                                                              MM / DD / YYYY

        District _____  When _____ Case number _____
                                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                                   MM / DD / YYYY

        Case number, if known _____

        Debtor _____  Relationship _____

        District _____  When _____
                                                                   MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Dalton Crane, L.C.**                                           Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**      *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**      _____
                                                    Number        Street

                                                    _____

                                                    _____
                                                    City                                State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____

              Contact name   _____

              Phone            _____

## ■ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Dalton Crane, L.C.** _____   Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 01 / 2021
            MM / DD / YYYY

X **/s/ Joshua Dalton**          *Joshua Dalton*
Signature of authorized representative of debtor

**Joshua Dalton**
Printed name

**CEO/Member**
Title

**18. Signature of attorney**

X **/s/ MICHAEL G. COLVARD**                   Date   10/01/2021
Signature of attorney for debtor                      MM / DD / YYYY

**MICHAEL G. COLVARD**
Printed name

**Martin & Drought, P.C.**
Firm name

**Weston Centre**
Number          Street

**112 East Pecan Street**

**San Antonio**                          **TX**        **78205**
City                                    State      ZIP Code

**(210) 227-7591**                      **mcolvard@mdtlaw.com**
Contact phone                           Email address

**04629200**
Bar number                              State

**Fill in this information to identify the case**

Debtor name **Dalton Crane, L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

   $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking account - Prosperity Bank** | **Checking account** | 8 3 4 1 | $1,268.62 |
| 3.2. | **Checking account - First State Bank** | **Checking account** | 3 0 0 4 | $87,992.57 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $89,261.19

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor  **Dalton Crane, L.C.**                              Case number (if known) _____
         Name

|  |  | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                                   **$0.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☒ Yes.  Fill in the information below.

11. **Accounts receivable**                                                   Current value of
                                                                              debtor's interest

11a. 90 days old or less:     **$112,519.00**  –  **$0.00**  = ............➔  **$112,519.00**
                              face amount        doubtful or uncollectible accounts

11b. Over 90 days old:        **$40,080.00**  –  **$0.00**  = ............➔  **$40,080.00**
                              face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            **$152,599.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                                **$0.00**

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☒ Yes.  Fill in the information below.

| Debtor | **Dalton Crane, L.C.** | Case number (if known) | |
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **See Attached Exhibit A - list of inventory** | | | | $109,890.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$109,890.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

| Debtor | **Dalton Crane, L.C.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Television | _____ | _____ | $100.00 |
| Stove/oven | _____ | _____ | $50.00 |
| Microwave | _____ | _____ | $25.00 |
| Refrigerator | _____ | _____ | $50.00 |
| Coffee Pot | _____ | _____ | $25.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Equipment | _____ | _____ | $2,500.00 |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $2,750.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Exhibit B - Attached Equipment List** | _____ | _____ | $21,422,850.00 |

| Debtor | **Dalton Crane, L.C.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$21,422,850.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **599 State Hwy. 111 N Edna, TX 77957 583 Staet Hwy. 111 N Edna, TX 77957 Parcel: A5072 Henry Tract 599 State Hwy. 111 N, Edna, TX 77957** | Owner | $336,380.00 | Tax Value | $336,380.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$336,380.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| Debtor | **Dalton Crane, L.C.** | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** Patents, copyrights, trademarks, and trade secrets

**61.** Internet domain names and websites

**62.** Licenses, franchises, and royalties

**63.** Customer lists, mailing lists, or other compilations

**64.** Other intangibles, or intellectual property

**65.** Goodwill

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** Notes receivable

Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed  *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Dalton Crane, L.C.**                                          Case number (if known) _____
         Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $89,261.19 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $152,599.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $109,890.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,750.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,422,850.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*............................ ➔ | | $336,380.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.**  Add lines 80 through 90 for each column.   91a. | $21,777,350.19 | + 91b. $336,380.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 .................................................................   $22,113,730.19

---

Official Form 206A/B                          **Schedule A/B: Assets -- Real and Personal Property**                          page 7

| QTY. | Description | Estimated Value |
|---|---|---|
| 1 | Link Belt Joystick | $1,200.00 |
| 2 | Liebherr Joy Stick | $5,600.00 |
| 2 | Link Belt Anti Two Block Switch | $2,000.00 |
| 2 | A/C Freon 20lb | $200.00 |
| 1 | Diesel Laptop | $10,000.00 |
| 1 | Cummins Software | $2,500.00 |
| 1 | Mercedes Laptop | $1,800.00 |
|  | Metric Nuts/Bolts | $500.00 |
|  | Standard Nuts/Bolts | $500.00 |
|  | Standard Fine thread Nuts/Bolts | $800.00 |
|  | Misc. Shop Electrical Supplies | $200.00 |
|  | Misc. Air Fittings for Trucks | $800.00 |
| 1 | Grove Def Head | $3,200.00 |
| 3 | Grove Filter Sets | $3,600.00 |
| 6 | Tadano Filter Sets | $15,000.00 |
| 3 | Mack Filter Sets | $360.00 |
| 5 | Link Belt Filter sets | $800.00 |
| 11 | Truck Break kits | $8,800.00 |
| 2 | Brake Chambers | $1,600.00 |
| 2 | Brake Drums | $200.00 |
|  | Misc. Trailer and Truck Lights | $300.00 |
| 2 | Mack Starters | $600.00 |
| 2 | Mack Alternators | $600.00 |
| 1 | JLG Manlift Starter | $150.00 |
| 1 | JLG Alternator | $150.00 |
| 3 | Truck Slack Adjusters | $300.00 |
| 2 | Wheel Seal sets | $300.00 |
|  | Misc. Grove Parts | $2,500.00 |
| 1 | Mack Hood Grille | $800.00 |
|  | Service Books | $1,000.00 |
| 1 | Red Dot A/C Set | $2,500.00 |
| 1 | Tadano Anti Two Block Switch | $2,200.00 |
| 1 | Drill Bit Set | $800.00 |
| 1 | A/C O-ring Kit | $500.00 |
| 6 | Jack Stands | $800.00 |
| 1 | Transmission Jack | $2,500.000 |
| 1 | A/C Machine | $4,200.00 |
| 1 | Hot Water Pressure washer | $4,200.00 |
| 1 | Mig Welder machine | $4,500.00 |
| 1 | Stick welder | $300.00 |
| 1 | Plasma Cutter | $3,800.00 |
| 1 | Drill Press | $500.00 |
| 1 | Grease Cart | $150.00 |
| 1 | Porta Cool Fan | $2,000.00 |
| 1 | Shop Press | $200.00 |

EXHIBIT A

| QTY. | Description | Estimated Value |
|------|-------------|-----------------|
|  | Misc. Electric wire | $200.00 |
| 3 | Floor Jacks | $800.00 |
| 1 | Air Compressor | $3,500.00 |
| 5 | Truck Air Bags | $1,000.00 |
| 6 | Truck Belts | $240.00 |
| 1 | Liebherr Sheeve | $500.00 |
| 6 | Mack Truck Shocks | $240.00 |
| 10 | Grease Pack | $200.00 |
| 1 | Liebherr Cable Reel | $8,000.00 |
|  |  | Total |
|  |  | $109,890.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Dalton Crane, LC
### Equipment List

**Cranes**

| Year | Description | Model | Serial / VIN | Notes |
|---|---|---|---|---|
| 2020 | Linkbelt 110 Ton | HTC-86110 | 1F9T2L06ULL028464 | jib&inserts |
| 2019 | Tadano 250 Ton W/Dolly | ATF-220G-5 | WFN5RUXV2K2067265 | jib&inserts |
| 2019 | Tadano 160 Ton | ATF-130G-5 | WFN5RUZ0K2069187 | jib&inserts |
| 2018 | Tadano 130 Ton | ATF-110G-5 | 2072133 | |
| 2018 | Tadano 130 Ton | ATF-110G-5 | 2072129 | |
| 2019 | Linkbelt 275 Ton W/Dolly | ATC-3275 | S2K9-6038 | jib&inserts |
| 2019 | Linkbelt 275 Ton W/Dolly | ATC-3275 | S2K9-5996 | |
| 2018 | Linkbelt 275 Ton W/Dolly | ATC-3275 | S2K8-5123 | |
| 2018 | linkbelt 140LB Ton | HTC-3140LB | J8K8-5753 | |
| 2012 | linkbelt 140LB Ton | HTC-3140LB | J8K2-2731 | |
| 2012 | Linkbelt 140LB Ton | HTC-3140LB | J8K2-2760 | |
| 2016 / Lease | Linkbelt 140LB Ton | | G12030 | |
| 2016 / Lease | Grove 300 Ton W/Dolly | GMK-5250L | G12031 | |
| 2008 | Grove 300 Ton W/Dolly | GMK-5250L | | |
| 2006 | Tadano 130 Ton | ATF-110G-5 | WFN5RUER182035277 | Jib & Insert |
| 2005 | Tadano 130 Ton | ATF-110G-5 | WFN5RUER162035200 | jib&inserts |
| 2006 | Liebherr 175 Ton | LTM 1150-5.1 | W0957S2006EL05121 | jib&inserts |
| 2000 | Terex 37.5 Ton / Mack /Boom truck | Stinger TM7571 | 1M2AG10C06M040737 | Boom Truck |
| 2001 | RO Corporation/Terex/ Kenworth T-300 Boom Truck 5 Ton | 55-26 | 1NKMHD7X3YS846044 | Boom Truck |
| | Grove 55 Ton | GMK-3050 | W09503801WG12522 | BoomTruck |

**Extra Blocks**

| Year | Make | Type |
|---|---|---|
| 2019 | New Tadano | Single sheave |
| 2019 | New Tadano | Single sheave |
| 2018 | New Tadano | Single sheave |
| 2005 | Liebherr | Single sheave |

**Extra Rigging Rigging**

Shackles, T-Bars, slings, swedges, ect....
All cranes are equipped with rigging and pads
Poly pads & 6X6 crane mats with steel pads

**Spreader Bars**

| Year | Make | Capacity | Serial |
|---|---|---|---|
| 2019 | Husky | 90 Ton | 102012 |

EXHIBIT B

## Dalton Crane, LC
### Equipment List

| | | | |
|---|---|---|---|
| 2019 | Husky | 90 Ton | 102011 |
| 2019 | Myers End Cap Bar 12inch pipe multiple pipes | 121 ton | 041819.01A & 041819.01B |
| 2018 | HWC | 100 ton | 50177112/-1-1 |
| 2012 | Myers | 75 Ton | 353519 |
| 2014 | Tandemloc | 75 Ton | |
| 2012 | Shop 18FT | 30 Ton | shop 1 |
| 2012 | Shop | 24 Ton | shop 2 |
| Pressure Washer | Steam Cleaner | Shop | |
| Pressure Washer | Steam Cleaner | Outside | |
| A/C Machine | Cranes & Trucks | | |
| Shop Tools | 2018  Tools | Misc. Equipment | Misc. Tools |
| Mech. Software | Multiple full systems mechanical software and computers | | |
| Welding Machine | Miller | Power Max 85 | |
| Plasma Cutter | Hypertherm | | |
| Connex | (2) 40ft | | |
| Storage Box | (2) 4 doors | | |
| PPE | 4 Gas Meters, H2S Monitors, Safety Harnesses, Additional PPE | | |
| Sales | Promotional products | | |
| Parts | 40Ft Connex full of misc. new parts | | |
| Tires | 40ft Connex full of new & spare tires for cranes & trucks & trailers | | |
| Racks | Misc. pipe racks & pipe docks | | |
| Portacool | Cyclone 160 | 616762 | |

**Campers**

| | | | |
|---|---|---|---|
| 2018 | Forest River | Trail runner | 5SFEB2921JE370942 |
| 2018 | Forest River | Trail runner | 5SFEB2925JE370944 |
| 2018 | Dream | 259RB | 521BT282XJP016946 |
| 2018 | Dream | 259RB | 521BT2820JP016955 |
| 2018 | Dream | 259RB | 521BT2823JP016948 |
| 2018 | Dream | 259RB | 521BT28233JP016951 |
| 2018 | Dream | 259RB | 521BT282XJP016947 |

**Trailers**

## Dalton Crane, LC Equipment List

| Year | Make | Equipment | VIN |
|---|---|---|---|
| 2019 | Kaufman | Float | 5SHAD5129KB001519 |
| 1989 | Lufkin | Step deck | 1L01B48Z5K1083287 |
| 2019 | Fontaine | Step deck | 13N24820K1530324 |
| 2019 | Fontaine | Step deck | 13N24820K1530327 |
| 2019 | Fontaine | Step deck | 13N24820K1530328 |
| 2019 | **Fontaine** | Step deck | 13N24820K1530329 |
| **2018** | **Fontaine** | Step deck | 13N24820K1529822 |
| **2019** | **Fontaine** | Step deck | 13N24820K1529453 |
| **2019** | **Fontaine** | Step deck | 13N24820S1525457 |
| 2019 | Fontaine | Step Deck | 13N24820S1525457 |
| 1991 | Washa | Float | 1GRDM962XTM001310 |
| 1997 | Dorsey | Float | 1UYFS245HA636501 |
| 1988 | Fontaine | Float | 1PTF7ATH7J9010938 |
| 1988 | Fontaine | Float | 1DTP16W23MP029407 |
| 1991 | Dorsey | Float | 1DTP16W21MP029521 |
| 1991 | Dorsey | Float | 1DTP16W2XMP029470 |
| 1991 | Dorsey | Float | 1DTP16W20MP029381 |
| 1991 | Dorsey | Float | 1JJF48262VL415428 |
| 1988 | Trim | Float | 13N24830L11542836 |
| 1987 | Utility | Float | 13N24830B11542834 |
| 1996 | Great Dane | Float | 1NT1N4428D1001805 |
| 2018 | Fontaine | Float | S51637W |
| 2018 | Fontaine | Step Deck | |
| 1983 | Nabors | Step deck | |
| 1981 | Buccaneer | Float | |

### Tractors

| Year | Make | Equipment | VIN | Type |
|---|---|---|---|---|
| **2014** | Mack | CXU613 | 1M1AW07Y2EM039123 | Sleeper |
| **2007** | Kenworth | T-800 | 1XKDDB9XX7J191761 | Sleeper |
| **2012** | Mack | CXU613 | 1M1AW07YXCM023569 | Sleeper |
| 2007 | Mack | CXU613 | 1M1AW07Y2GM061402 | Day Cab |
| 2012 | Mack | CXU | 1M1AW02YXCM022011 | Day Cab |
| 2016 | Mack | CXU613 | 1M1AW07Y6CM018384 | Sleeper |
| 2012 | Mack | CXU613 | 1M1AW07Y6CM023570 | Sleeper |
| 2012 | Mack | CXU613 | 1M1AW02YX8N001676 | Day Cab |
| 2012 | Mack | CXU613 | 1M1AW09YCM021676 | Sleeper |
| 2012 | Mack | CXU613 | 1M1AW09YCM021227 | Sleeper |
| 2008 | Mack | CXU613 | 1M1AW09Y9CM021227 | Day Cab |
| 2012 | Mack | CXU613 | 1M1AW09Y7CM021226 | Sleeper |
| 2012 | Mack | CXU613 | 1M1AW09Y6CM024439 | Sleeper |
| 2012 | Mack (Parts truck totaled and bought back from insurance) | CXU613 | | Sleeper |
| 2012 | Mack | CXU613 | | Sleeper |

**Dalton Crane, LC**
Equipment List

**Office Furniture**

| | | | |
|---|---|---|---|
| 2012 | Mack | CXU613 | 1M1AW07Y4CM019100 | Sleeper |
| 2007 | Mack | CX6 | 1M1AK06YX7N023701 | Sleeper |
| 2007 | Mack | CXN | 1M1AK06Y37N018596 | Sleeper |

(7) desk
(1) wooden tall filing cabinet
(2) Wooden Filing cabinets
(2) Small Mental Filing cabinets
(6) office Chairs
(6) Tall Metal Filing cabinets
(6) sitting chairs
(2) wire storage rack

**Office Electronics**

(5) working desktop computers
(1) non working desktop computer
(2) office Laptops
(1) Copy/Printer/Fax/Scanner
(1) small Copy/printer/scanner
(4) Cordless phones
(1) cord phone
(2) Copy/Printer/Scanner

**Fill in this information to identify the case:**

Debtor name **Dalton Crane, L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | |
|---|---|

**Creditor's name**
**Ameris Bank**

**Creditor's mailing address**
**P.O. Box 105075**

_____

Atlanta          GA   30348

**Creditor's email address, if known**

_____

Date debt was incurred   **12/19/2017**

Last 4 digits of account number   **0  1  0  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**2018 Linkbelt ATC-3275 275 ton Crane with Dolly**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$1,017,952.71**    Column B: **$1,825,000.00**

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$13,638,272.69**

Debtor **Dalton Crane, L.C.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

### 2.2

**Creditor's name**
**Ascentium Capital**

**Creditor's mailing address**
**23970 Hwy. 59N**

_____

**Kingwood            TX    77339-1535**

**Creditor's email address, if known**

_____

**Date debt was incurred**   08/31/2020

**Last 4 digits of account**
**number**          1   3   9   0

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
     relative priority?

   ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

3 Boom Lifts/Mack

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$53,564.69**          **$128,000.00**

### 2.3

**Creditor's name**
**Ascentium Capital**

**Creditor's mailing address**
**23970 Hwy. 59N**

_____

**Kingwood            TX    77339-1535**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account**
**number**          8   7   0   7

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
     relative priority?

   ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

3 manlifts/TL (forklifts) 1 Jib 1 trailer

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$126,443.35**          **$105,800.00**

Debtor      **Dalton Crane, L.C.**                                    Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**
**Celtic Bank**

**Creditor's mailing address**
**268 South State St., Suite 300**

_____

**Salt Lake City        UT   84111**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **11/09/2018**

**Last 4 digits of account number**       **0   3   2   2**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2018 Linkbelt ATC-3275 275 ton Crane**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: **$1,406,681.02**    Value of collateral: **$1,785,000.00**

---

**2.5** **Creditor's name**
**First State Bank**

**Creditor's mailing address**
**P.O. Box 254**

_____

**Ganado            TX   77962**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **1/11/2021**

**Last 4 digits of account number**       ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2018, 2019 Fontain trailers, 2012 Mack Truck**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: **$550,000.00**    Value of collateral: **$87,000.00**

Debtor   **Dalton Crane, L.C.**        Case number (if known) _____

| **Part 1:** | **Additional Page** | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.6**

**Creditor's name**
**Hitachi Capital America Corp.**

**Creditor's mailing address**
**21925 Network Place**

_____

**Chicago**       **IL**    **60673-1219**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **05/24/2018**

**Last 4 digits of account number**   **2**   **0**   **0**   **1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2005 Liebherr LTM 1150 - 5.1 all terrain crane**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$325,387.16**  Column B: **$485,000.00**

---

**2.7**

**Creditor's name**
**M 2 Lease**

**Creditor's mailing address**
**175 N. Patrick Blvd., Suite 140**

_____

**Brookfield**       **WI**    **53045**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **09/24/2018**

**Last 4 digits of account number**   **3**   **2**   **9**   **1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2006 Tadano ATF 110G-5 130 ton Crane**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$282,263.78**  Column B: **$485,000.00**

---

Debtor   **Dalton Crane, L.C.**                                                              Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.8**

**Creditor's name**
M 2 Lease

**Creditor's mailing address**
175 N. Patrick Blvd., Suite 140

Brookfield          WI    53045

**Creditor's email address, if known**

**Date debt was incurred**   10/28/2019

**Last 4 digits of account number**          4   7   8   0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2012 Mack Truck & 2007 Kenworth Truck

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$37,322.68**   Value of collateral: **$62,000.00**

**2.9**

**Creditor's name**
M 2 Lease Funds

**Creditor's mailing address**
175 N. Patrick Blvd., Suite 140

Brookfield          WI    53045

**Creditor's email address, if known**

**Date debt was incurred**   02/16/2019

**Last 4 digits of account number**          3   7   4   1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2012 Mack 600, 2018 Trail Runner, 2018 Fontain Fla

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$178,754.46**   Value of collateral: **$219,000.00**

Debtor    **Dalton Crane, L.C.**                              Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.10**

**Creditor's name**
**M2 Lease**

**Creditor's mailing address**
**175 N. Patrick Blvd., Suite 140**

_____

**Brookfield            WI    53045**

**Creditor's email address, if known**

_____

**Date debt was incurred    08/28/2019**

**Last 4 digits of account number         4    5    1    1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Texas BT 3851 1988 Fontain Drop Deck Trailer, 1997**

**Describe the lien**

**Agreement**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim:** $70,710.81      **Value of collateral:** $150,000.00

---

**2.11**

**Creditor's name**
**Midland Equipment Finance**

**Creditor's mailing address**
**1801 Park 270 Drive, Suite 200**

_____

**St. Louis            MO    63146**

**Creditor's email address, if known**

_____

**Date debt was incurred    12/18/2017**

**Last 4 digits of account number         1    3    3    8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2016 Mack CX4**

**Describe the lien**

**Agreement**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim:** $47,793.22      **Value of collateral:** $50,000.00

Debtor **Dalton Crane, L.C.**      Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.12**

**Creditor's name**
Midland Equipment Finance

**Creditor's mailing address**
1801 Park 270 Drive, Suite 200

_____

St. Louis              MO   63146

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number**   3   5   5   1

**Do multiple creditors have an interest in
the same property?**

☒ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

4 - Fontaine Trailers

**Describe the lien**

Agreement

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$103,110.04      $132,000.00

---

**2.13**

**Creditor's name**
Midland Equipment Finance

**Creditor's mailing address**
1801 Park 270 Drive, Suite 200

_____

St. Louis              MO   63146

**Creditor's email address, if known**

_____

**Date debt was incurred**   01/08/2019

**Last 4 digits of account
number**   3   5   5   1

**Do multiple creditors have an interest in
the same property?**

☒ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

4-Fontaine Trailers

**Describe the lien**

Agreement

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$103,110.04      $132,000.00

---

Debtor  **Dalton Crane, L.C.**                                          Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.14**

**Creditor's name**
**Midland Equipment Finance**

**Creditor's mailing address**
**1801 Park 270 Drive, Suite 200**

_____

**St. Louis             MO   63146**

**Creditor's email address, if known**

_____

**Date debt was incurred     01/08/2019**

**Last 4 digits of account number          3   5   4   9**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**4 - Mack Trucks**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: **$98,084.49**      Column B: **$93,000.00**

---

**2.15**

**Creditor's name**
**Old Second National Bank**

**Creditor's mailing address**
**37 S. River St.**

_____

**Aurora             IL     60506-4172**

**Creditor's email address, if known**

_____

**Date debt was incurred     08/30/2019**

**Last 4 digits of account number          8   4   8   8**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2019 Tadano ATF 220G-5 all terrain crain**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: **$1,478,824.08**      Column B: **$1,700,000.00**

---

Debtor    **Dalton Crane, L.C.**            Case number (if known) _____

| **Part 1:** | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.16**

**Creditor's name**
People's Captial and Leasing Corp.

**Creditor's mailing address**
850 Main Street

BC03-RC#871

_____

Bridgeport      CT    06604-4913

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/12/2018

**Last 4 digits of account number**    0   0   0   3

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Link Belt Model ATC-3275

**Describe the lien**

Agreement

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

| | |
|---|---|
| $1,533,077.80 | $1,785,000.00 |

**2.17**

**Creditor's name**
People's Captial and Leasing Corp.

**Creditor's mailing address**
850 Main Street

BC03-RC#871

_____

Bridgeport      CT    06604-4913

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/27/2017

**Last 4 digits of account number**    0   0   0   2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2012 Linkbelt ATC - 3140 LB 140 ton Crane

**Describe the lien**

Agreement

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

| | |
|---|---|
| $484,339.95 | $750,000.00 |

Debtor **Dalton Crane, L.C.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.18**

| Creditor's name | Describe debtor's property that is subject to a lien | $794,154.57 | $1,200,000.00 |
|---|---|---|---|

**People's Captial and Leasing Corp.**

Creditor's mailing address
**850 Main Street**

**BC03-RC#871**

**2020 Linkbelt ATC-86110 110 ton Crane**

Describe the lien
**Agreement**

**Bridgeport          CT   06604-4913**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account
number          **0   0   0   4**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**2.19**

| Creditor's name | Describe debtor's property that is subject to a lien | $615,021.63 | $600,000.00 |
|---|---|---|---|

**People's Captial and Leasing Corp.**

Creditor's mailing address
**850 Main Street**

**BC03-RC#871**

**2012 Linkbelt Model ATC-86100 140 ton Crane**

Describe the lien
**Agreement**

**Bridgeport          CT   06604-4913**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred   **10/27/2017**

Last 4 digits of account
number          **0   0   0   1**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

Debtor   **Dalton Crane, L.C.**                                        Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.20**  Creditor's name
**Signature Financial**

Creditor's mailing address
**P.O. Box 71278**

_____

**Philadelphia        PA   19176-6278**

Creditor's email address, if known

_____

Date debt was incurred   **03/28/2019**

Last 4 digits of account
number                    **0   0   0   3**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

   ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
             specified on lines _____

Describe debtor's property that is
subject to a lien                                      **$911,645.40**        **$1,000,000.00**

**2018 Tadao ATF110G-5 Crane**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.21**  Creditor's name
**Signature Financial**

Creditor's mailing address
**P.O. Box 71278**

_____

**Philadelphia        PA   19176-6278**

Creditor's email address, if known

_____

Date debt was incurred   **02/26/2019**

Last 4 digits of account
number                    **0   0   0   4**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

   ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
             specified on lines _____

Describe debtor's property that is
subject to a lien                                      **$1,044,734.69**      **$1,100,000.00**

**2018 Tadano ATF-110G-5 130 ton Crane**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor   **Dalton Crane, L.C.**                                              Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.22**

**Creditor's name**
**Signature Financial**

**Creditor's mailing address**
**P.O. Box 71278**

_____

**Philadelphia        PA    19176-6278**

**Creditor's email address, if known**

_____

**Date debt was incurred    12/10/2019**

**Last 4 digits of account**
**number              0   0   0   5**

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**2019 Tadano ATF-1305 160 ton Crane**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **$1,076,353.51** | **$1,300,000.00** |
|---|---|---|

---

**2.23**

**Creditor's name**
**Signature Financial**

**Creditor's mailing address**
**P.O. Box 71278**

_____

**Philadelphia        PA    19176-6278**

**Creditor's email address, if known**

_____

**Date debt was incurred    05/15/2018**

**Last 4 digits of account**
**number              0   0   0   1**

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**2008 Tadano ATF-110G-5 130 ton Crane**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **$278,974.56** | **$325,000.00** |
|---|---|---|

---

Debtor   **Dalton Crane, L.C.** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.24**

| Creditor's name | Describe debtor's property that is | $61,197.44 | $135,000.00 |
|---|---|---|---|
| **Signature Financial** | subject to a lien | | |

**2001 Grove GMK 3050**

Creditor's mailing address
**P.O. Box 71278**

Describe the lien

_____   **Agreement**

**Philadelphia          PA   19176-6278**

Is the creditor an insider or related party?

Creditor's email address, if known   ☒ No
☐ Yes
_____

Is anyone else liable on this claim?

Date debt was incurred   **09/05/2019**   ☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number                **7   0   0   4**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☒ No                                          ☒ Contingent
☐ Yes.  Have you already specified the   ☒ Unliquidated
relative priority?                        ☒ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.25**

| Creditor's name | Describe debtor's property that is | $958,770.61 | $1,285,000.00 |
|---|---|---|---|
| **Simmons Bank** | subject to a lien | | |

**2018 Linkbelt ATC - 3140 LB Crane**

Creditor's mailing address
**601 E. 3rd Street**

Describe the lien

_____   **Agreement**

**Little Rock          AR   72201**

Is the creditor an insider or related party?

Creditor's email address, if known   ☒ No
☐ Yes
_____

Is anyone else liable on this claim?

Date debt was incurred   **09/05/2018**   ☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number                **1   6   0   7**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☒ No                                          ☒ Contingent
☐ Yes.  Have you already specified the   ☒ Unliquidated
relative priority?                        ☒ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Dalton Crane, L.C.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | Unknown | Unknown |

**INTERNAL REVENUE SERVICE**

**Special Procedures - Insolvency**

**P.O. BOX 21126**

**PHILADELPHIA          PA       19114**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | | Unknown | Unknown |

**Jackson County Tax Assessor-Collector**

**Monca Foster**

**115 West Main Street, Room 102**

**Edna                    TX       77957**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

**Curent taxes due January 2022**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Dalton Crane, L.C.** _____     Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

**2.3**   **Priority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**              **TX**     **78711-3528**

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **Unknown**

**2.4**   **Priority creditor's name and mailing address**

**Texas Workforce Commission**

**P.O. Box 149037**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**              **TX**     **78714-9037**

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**          **Unknown**

Debtor __**Dalton Crane, L.C.**_____  Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

__A-Action Auto Glass__

__P.O.Box 608__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Edna_____TX____77957__

**Basis for the claim:**
__ACCOUNT BALANCE_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,368.14 |
|---|---|---|---|

__AFS/IBEX__

__P.O. Box 224528__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Dallas_____TX____75222-9762__

**Basis for the claim:**
__INSURANCE_____

Date or dates debt was incurred __05/16/2021__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __8__ __2__ __5__ __2__

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

__Allan's Wrecker Service__

__P.O. Box 572__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Inez_____TX____77968__

**Basis for the claim:**
__ACCOUNT BALANCE_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

__American Eagle Logistics__

__1247 Petrolleum Parkway__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Broussard_____LA____70518__

**Basis for the claim:**
__ACCOUNT BALANCE_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor __**Dalton Crane, L.C.**_____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**American Eagle Logistics, LLC**

**1247 Petroleum Pkwy**

_____

Broussard_____ LA____ 70518_____

Date or dates debt was incurred _____

Last 4 digits of account number __4_ _0_ _8_ _2_

Lease Agreement

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Contract/Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**American Eagle/Bennett Motor Express**

**P.O. Box 896829**

_____

Charlotte_____ NC____ 28289_____

Date or dates debt was incurred __9/15/2020___

Last 4 digits of account number __4_ _6_ _4_ _0_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$355,555.96**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**American Express**

**P.O. Box 981535**

_____

El Paso_____ TX____ 79998-1535___

Date or dates debt was incurred _____

Last 4 digits of account number __2_ _0_ _0_ _5_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$92,166.24**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**Anderson Machinery Company**

**5309 U.S. Hwy. 59 N**

_____

Victoria_____ TX____ 77905_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Parts and Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,523.31**

---

Debtor   **Dalton Crane, L.C.**                                   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**   Nonpriority creditor's name and mailing address

Ariba, Inc.

3420 Hillview Ave., Building 3

_____

Palo Alto                    CA      94304

Date or dates debt was incurred      09/11/2020

Last 4 digits of account number      7   5   6   4

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☒ No
☐ Yes

$2,194.66

---

**3.10**   Nonpriority creditor's name and mailing address

AT&T Mobility

P.O. Box 650574

_____

Dallas                       TX      75265-0574

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Phones/Internet

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

**3.11**   Nonpriority creditor's name and mailing address

B-C Equipment Sales, Inc.

P.O. Box 10345

_____

Corpus Christi               TX      78460-0345

Date or dates debt was incurred      05/18/2020

Last 4 digits of account number      0   1   4   2

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☒ No
☐ Yes

$78,458.13

---

**3.12**   Nonpriority creditor's name and mailing address

Beasley Tire Services

P.O. Box 11556

_____

Houston                      TX      77039

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Tires

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

Debtor      **Dalton Crane, L.C.**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**   Nonpriority creditor's name and mailing address

**Bep's Auto Supply and Service**

**P.O. Box 253**

_____

**Ganado**                    **TX**      **77962**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Parts**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.14**   Nonpriority creditor's name and mailing address

**Blue Cross/Blue Shield**

**1800 West Loop S. Ste. 600**

_____

**Houston**                   **TX**      **77027**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**INSURANCE**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.15**   Nonpriority creditor's name and mailing address

**Bobby D. Safety Service, LLC**

**89 CR-125**

_____

**Edna**                      **TX**      **77957**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.16**   Nonpriority creditor's name and mailing address

**Certified Laboratories**

**P.O. Box 971269**

_____

**Dallas**                    **TX**      **75397-1269**

Date or dates debt was incurred       **07/29/2021**

Last 4 digits of account number       **7   1   4   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,484.11**

---

Debtor **Dalton Crane, L.C.** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** | Nonpriority creditor's name and mailing address

**Compliance Associates Managers**

**6704 Guada Coma Dr.**

_____

**Schertz**          **TX**     **78154**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.18** | Nonpriority creditor's name and mailing address

**Corcentric, LLC**

**62861 Collections Center Drive**

_____

**Chicago**          **IL**     **60693**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**National Tire Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,250.44**

---

**3.19** | Nonpriority creditor's name and mailing address

**Dalton Trucking**

**P.O. Box 5606**

_____

**Victoria**          **TX**     **77903**

Date or dates debt was incurred   **1/13/2021**

Last 4 digits of account number   **6  5  1  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,100.00**

---

**3.20** | Nonpriority creditor's name and mailing address

**Double Coin**

**Corcentric, LLC**

**62861 Collections Center Drive**

**Chicago**          **IL**     **60693**

Date or dates debt was incurred   **06/30/2021**

Last 4 digits of account number   **3  9  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,250.44**

---

Debtor     **Dalton Crane, L.C.**                                      Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.21**   Nonpriority creditor's name and mailing address                          $843.06

**Edna Auto Supply**

**614 West Main**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Edna**                          **TX**      **77957**

Basis for the claim:

**Parts**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22**   Nonpriority creditor's name and mailing address                          $11,201.35

**EROAD**

**7618 S.W. Mohak Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Tualatin**                          **OR**      **97062**

Basis for the claim:

**ACCOUNT BALANCE**

Date or dates debt was incurred   **10/10/2019**

Last 4 digits of account number   **4   3   7   9**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**   Nonpriority creditor's name and mailing address                          Unknown

**Exact Crane & Equipment Corp.**

**28985 Ambina Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Solon**                          **OH**      **44139**

Basis for the claim:

**ACCOUNT BALANCE**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**   Nonpriority creditor's name and mailing address                          Unknown

**FleetPride**

**P.O. Box 847118**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Dallas**                          **TX**      **75284-7118**

Basis for the claim:

**Parts**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Dalton Crane, L.C.**                                         Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Hoisting Wire Rope & Sling**

**P.O. Box 4237**

**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Corpus Christi**           **TX**    **78469**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Crane Parts**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Hollingsworth Grain & Trucking, Inc.**

**P.O. Box 384**

**$4,305.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Sanger**                 **TX**    **76266**

Date or dates debt was incurred    **8/27/2020**

Last 4 digits of account number   **1   3   8   3**

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JMFS Services**

**P.O. Box 1308**

**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Edna**                   **TX**    **77957**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Crane Inspection**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mainstays Suites**

**565 N. IH-35**

**$10,952.40**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Cotulla**                **TX**    **78014**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor __**Dalton Crane, L.C.**_____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.29**    Nonpriority creditor's name and mailing address

__**Manitowoc Finance**_____

__**P.O. Box 41602**_____

_____

__Philadelphia_____ **PA**___ **19101-1602**___

Date or dates debt was incurred  _____

Last 4 digits of account number   __8__ __1__ __6__ __8__

**Equipment Lease Agreement - GROVE GMK250**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
__**Contract/Lease**_____

Is the claim subject to offset?
☑ No
☐ Yes

**$100,847.15**

**3.30**    Nonpriority creditor's name and mailing address

__**Manitowoc Finance**_____

__**P.O. Box 41602**_____

_____

__Philadelphia_____ **PA**___ **19101-1602**___

Date or dates debt was incurred  _____

Last 4 digits of account number   __0__ __6__ __8__ __1__

**Equipment Lease Agreement - GROVE GMK5250 All Terrain Crane VIN****2031**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
__**Contract/Lease**_____

Is the claim subject to offset?
☑ No
☐ Yes

**$100,849.58**

**3.31**    Nonpriority creditor's name and mailing address

__**Merit Energy Company**_____

__**28808 North FM 681**_____

_____

__Edinburg_____ **TX**___ **78541**_____

Date or dates debt was incurred  ___04/12/2021_____

Last 4 digits of account number   __t__ __i__ __o__ __n__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
__**ACCOUNT BALANCE**_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,297.30**

**3.32**    Nonpriority creditor's name and mailing address

__**Michael S. Klingle CPA, PLLC**_____

__**P.O. Box 2083**_____

_____

__Victoria_____ **TX**___ **77902**_____

Date or dates debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
__**Financial Services**_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor   **Dalton Crane, L.C.**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.33** Nonpriority creditor's name and mailing address

**Milamore Oil Field and Heavy Haul**

**P.O. Box 1309**

El Campo          TX      77437

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.34** Nonpriority creditor's name and mailing address

**NEC CO-OP Energy**

**P.O. Box 103000**

Victoria          TX      77903-3000

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Utility- Electric**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.35** Nonpriority creditor's name and mailing address

**New Distributing**

**P.O. Box 1247**

Victoria          TX      77902

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.36** Nonpriority creditor's name and mailing address

**NextCare Urgent Care**

**2550 N. Thunderbird Circle, Ste. 123**

Mesa          AZ      85215-1219

Date or dates debt was incurred     05/28/2021

Last 4 digits of account number     5  0  4  5

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$810.00**

---

Debtor     **Dalton Crane, L.C.** _____     Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address |

**Oleander Acres**

**2421 South Conway Ave.**

_____

| **Mission** | **TX** | **78572** |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Camper Rental**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.38 | Nonpriority creditor's name and mailing address |

**Orelly Automotive Inc.**

**P.O. Box 9464**

_____

| **Springfield** | **MO** | **65801-9464** |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**ACCOUNT BALANCE**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.39 | Nonpriority creditor's name and mailing address |

**Performance Truck**

**7301 N. U.S. Hwy. 59**

_____

| **Victoria** | **TX** | **77905** |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**ACCOUNT BALANCE**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.40 | Nonpriority creditor's name and mailing address |

**PestPros**

**1908 N. Laurent, Ste. 192**

_____

| **Victoria** | **TX** | **77901** |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**ACCOUNT BALANCE**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

Debtor _____**Dalton Crane, L.C.**_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.41**  Nonpriority creditor's name and mailing address

**Praxair Distribution, Inc.**

**Dept. 0812**

**P.O. Box 120812**

**Dallas**                **TX**      **75312-0812**

Date or dates debt was incurred  _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Shopping**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.42**  Nonpriority creditor's name and mailing address

**Reladyne**

**P.O. Box 958669**

**St. Louis**                **MO**      **63195**

Date or dates debt was incurred  _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.43**  Nonpriority creditor's name and mailing address

**Smitty's Heavy Hauling, LLC**

**P.O. Box 2380**

**Dilley**                **TX**      **78017**

Date or dates debt was incurred  _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.44**  Nonpriority creditor's name and mailing address

**Southern Tire Mart**

**7605 Hwy. 59 N**

**Victoria**                **TX**      **77905**

Date or dates debt was incurred  _____

Last 4 digits of account number   **2**  **9**  **9**  **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,127.10**

---

Debtor **Dalton Crane, L.C.** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45** Nonpriority creditor's name and mailing address

Texas Mutual Insurance

6210 East Hwy. 290

_____

Austin              TX       78723-1098

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.46** Nonpriority creditor's name and mailing address

Tiger Industrial Rentals

P.O. Box 733253

_____

Dallas              TX       75373-3252

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.47** Nonpriority creditor's name and mailing address

TISD

1412 E. Red River

_____

Victoria            TX       77901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
INTERNET - SHOP

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.48** Nonpriority creditor's name and mailing address

Waste Management

P.O. Box 43350

_____

Phoenix             AZ       85080

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Waste Service - Dumpster

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor   **Dalton Crane, L.C.**                                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.49 | Nonpriority creditor's name and mailing address |

**WEX**

**P.O. Box 639**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

| Portland | ME | 04104-0639 |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address |

**Winde Transport, LLC**

**245 FM 60 S**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$4,600.00**

| Caldwell | TX | 77836 |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred   **01/29/2021**

Last 4 digits of account number   **2  9  2  1**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor      **Dalton Crane, L.C.**                                    Case number (if known) _____

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**    **Jose E. Barrera**                          Line _____              __ __ __ __

**Attorney at Law**                      ☑ Not listed.  Explain:

**1225 Agnes Suite B-8**                    **Attorney for - Plaintiff, Norman Glen Wooten**

**Corpus Chrisit        TX      78401**

**4.2**    **U.S. Attorney**                          Line _____              __ __ __ __

**919 Milam, Suite 1500**                  ☑ Not listed.  Explain:

**P.O. Box 61129**                          **Notice Only**

**Houston          TX      77208**

**4.3**    **Wells & Cuellar**                        Line _____              __ __ __ __

**440 Louisiana, Suite 718**                ☑ Not listed.  Explain:

**Attorney for - Ameris Bank**

**Houston          TX      77002**

---

Debtor   **Dalton Crane, L.C.**  _____   Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. **+** | **$877,184.37** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$877,184.37** |

**Fill in this information to identify the case:**

Debtor name **Dalton Crane, L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Contract to be ASSUMED** | **American Eagle Logistics, LLC** |
| | | | **1247 Petroleum Pkwy** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Broussard** LA 70518 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Terminal Commission Agency Agreement Contract to be ASSUMED** | **American Eagle Logistics, LLC** |
| | | | **1247 Petroleum Pkwy.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Broussard** LA 70518 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement - GROVE GMK5250 All Terrain Crane VIN****2031 Contract to be ASSUMED** | **Manitowoc Finance** |
| | | | **P.O. Box 41602** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Philadelphia** PA 19101-1602 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement - GROVE GMK250 All Terrain Crain VIN****2030 Contract to be ASSUMED** | **Manitowoc Finance** |
| | | | **P.O. Box 41602** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Philadelphia** PA 19101-1602 |

**Fill in this information to identify the case:**

Debtor name        **Dalton Crane, L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Michael & Donna Dalton** | **P.O. Box 363**<br>Number      Street<br><br>**Inez**              **TX**   **77968**<br>City                    State   ZIP Code | **Manitowoc Finance** | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 **Michael & Donna Dalton** | **P.O. Box 363**<br>Number      Street<br><br>**Inez**              **TX**   **77968**<br>City                    State   ZIP Code | **Manitowoc Finance** | ☐ D<br>☐ E/F<br>☑ G |

---

**Fill in this information to identify the case:**

Debtor Name   **Dalton Crane, L.C.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):   _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.................................................................... | **$336,380.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................. | **$21,777,350.19**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B..................................................................... | **$22,113,730.19**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......... | **$13,638,272.69**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F...................................... | **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............... | **+   $877,184.37**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................. | **$14,515,457.06**

---

**Fill in this information to identify the case and this filing:**

Debtor Name    **Dalton Crane, L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 01 / 2021      **X** /s/ Joshua Dalton    Joshua Dalton
     MM / DD / YYYY               Signature of individual signing on behalf of debtor

                           **Joshua Dalton**
                           Printed name

                           **CEO/Member**
                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Dalton Crane, L.C.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2021**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$6,585,305.21** |
| **For prior year:** | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$8,558,650.83** |
| **For the year before that:** | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$13,857,921.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **A Action Auto Glass**<br>Creditor's name<br>**P.O. Box 608**<br>Street<br><br>**Edna**    **TX**   **77957**<br>City   State   ZIP Code | **07/15/2021** | **$480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor      **Dalton Crane, L.C.**                                    Case number (if known)
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.2.**  **Allan's Wrecker Service**
Creditor's name
**P.O. Box 572**
Street

**Inez**              **TX**     **77968**
City               State     ZIP Code

Dates: 07/15/2021  09/09/2021

Total amount or value: $1,020.00

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.3.**  **AFS/IBEX a Division of MetaBank**
Creditor's name
**P.O. Box 650786**
Street

**Dallas**            **TX**     **75265-0786**
City               State     ZIP Code

Dates: 06/16/2021  07/15/2021  08/19/2021  09/23/2021

Total amount or value: $53,602.76

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  **Insurance**

---

**3.4.**  **American Eagle Logistics**
Creditor's name
**1247 Petrolleum Parkway**
Street

**Broussard**         **LA**     **70518**
City               State     ZIP Code

Dates: 06/03/2021  06/15/2021  08/18/2021

Total amount or value: $2,673.59

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  **Insurance**

---

**3.5.**  **American Eagle/Bennett**
Creditor's name
**P.O. Box 896829**
Street

**Charlotte**         **NC**     **28289-6829**
City               State     ZIP Code

Dates: 06/22/2021  06/29/2021  07/15/2021  07/20/2021  07/27/2021  08/03/2021  08/11/2021  09/02/2021  09/08/2021  9/15/2021

Total amount or value: $10,318.63

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  **Insurance**

---

**3.6.**  **American Eagle/Bennett Motor Express**
Creditor's name
**P.O. Box 896829**
Street

**Charlotte**         **NC**     **28289-6829**
City               State     ZIP Code

Dates: 06/15/2021  07/01/2021  07/15/2021  08/05/2021  08/26/2021

Total amount or value: $87,590.00

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.7.**  **American Express**
Creditor's name
**P.O. Box 650448**
Street

**Dallas**            **TX**     **75265-0448**
City               State     ZIP Code

Dates: 06/24/21  07/22/21  08/30/21

Total amount or value: $42,612.00

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  **Credit Card**

---

Debtor   **Dalton Crane, L.C.**      Case number (if known) _____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Ameris Bank**<br>Creditor's name<br>**3299 Ross Clark Circle**<br>Street<br><br>**Donathan**    **AL**    **36303**<br>City    State    ZIP Code | **07/12/2021**<br>**08/05/2021** | **$46,908.05** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.9. **Anderson Machinery Company**<br>Creditor's name<br>**5309 US Hwy 59 N**<br>Street<br><br>**Victoria**    **TX**    **77905**<br>City    State    ZIP Code | **06/10/2021**<br>**07/15/2021**<br>**08/15/2021**<br>**09/09/2021** | **$35,575.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.10. **Ascentium Capital, LLC**<br>Creditor's name<br>**23970 Highway 59 N**<br>Street<br><br>**Kingwood**    **TX**    **77339-1535**<br>City    State    ZIP Code | **06/14/2021**<br>**07/15/2021**<br>**08/15/2021**<br>**09/16/2021** | **$34,920.64** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.11. **AT&T Mobility**<br>Creditor's name<br>**P.O. Box 650574**<br>Street<br><br>**Dallas**    **TX**    **75265-0574**<br>City    State    ZIP Code | **06/17/2021**<br>**07/22/2021**<br>**08/19/2021**<br>**09/10/2021** | **$4,040.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   **Phone/Internet** |
| 3.12. **B-C Equipment Sales, Inc.**<br>Creditor's name<br>**P.O. Box 10345**<br>Street<br><br>**Corpus Christi**    **TX**    **78460-0345**<br>City    State    ZIP Code | **06/21/2021**<br>**07/15/2021** | **$6,187.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.13. **Beasley Tire Services**<br>Creditor's name<br>**P.O. Box 11556**<br>Street<br><br>**Houston**    **TX**    **77039**<br>City    State    ZIP Code | **07/15/2021**<br>**08/05/2021**<br>**09/09/2021** | **$1,834.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor     **Dalton Crane, L.C.**                                          Case number (if known) _____
           Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.14.**  **Bep's Auto Supply and Service**
Creditor's name
**P.O. Box 253**
Street

**Ganado**                **TX**    **77962**
City                      State   ZIP Code

Dates: 06/21/2021, 07/15/2021, 08/05/2021, 09/09/2021

Total amount or value: **$2,876.64**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

**3.15.**  **Blue Cross / Blue Shield**
Creditor's name
**1800 West Loop S, Ste. 600**
Street

**Houston**               **TX**    **77027**
City                      State   ZIP Code

Dates: 06/03/2021, 07/06/2021, 08/12/2021, 09/09/2021

Total amount or value: **$53,114.28**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  **Insurance**

---

**3.16.**  **Bobby D Safety Service, LLC**
Creditor's name
**89 CR-125**
Street

**Edna**                  **TX**    **77957**
City                      State   ZIP Code

Dates: 06/03/2021, 06/10/2021, 06/17/2021, 06/24/2021, 07/01/2021, 07/08/2021, 07/15/2021, 07/16/2021, 07/22/2021, 07/29/2021, 08/05/2021, 08/12/2021, 08/19/2021, 08/26/2021, 09/02/2021, 09/08/2021, 09/16/2021

Total amount or value: **$5,100.00**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

**3.17.**  **Celtic Bank**
Creditor's name
**268 S. State St., Suite 300**
Street

**Salt Lake City**        **UT**    **84111**
City                      State   ZIP Code

Dates: 06/14/2021, 07/06/2021, 08/05/2021, 09/08/2021

Total amount or value: **$50,598.98**

Reasons for payment or transfer *Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

**3.18.**  **Certified Laboratories**
Creditor's name
**P.O. Box 971269**
Street

**Dallas**                **TX**    **75397-1269**
City                      State   ZIP Code

Dates: 07/15/2021

Total amount or value: **$2,178.48**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| Debtor | **Dalton Crane, L.C.** | Case number (if known) | |
| | Name | | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19. **Edna Auto Supply**<br>Creditor's name<br>**614 West Main**<br>Street<br><br>**Edna**    **TX**    **77957**<br>City    State    ZIP Code | 07/15/2021<br>08/15/2021<br>09/09/2021 | $3,093.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.20. **Exact Crane & Equipment Corp.**<br>Creditor's name<br>**28985 Ambina Dr.**<br>Street<br><br>**Solon**    **OH**    **44139**<br>City    State    ZIP Code | 08/05/2021<br>09/09/2021 | $1,296.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.21. **First State Bank**<br>Creditor's name<br>**206 North Street**<br>Street<br><br>**Louise**    **TX**    **77455**<br>City    State    ZIP Code | 06/11/2021<br>07/19/2021<br>08/05/2021<br>09/07/2021 | $10,324.34 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.22. **FleetPride**<br>Creditor's name<br>**P.O. Box 847118**<br>Street<br><br>**Dallas**    **TX**    **75284-7118**<br>City    State    ZIP Code | 07/15/2021<br>08/05/2021<br>08/13/2021<br>08/20/2021<br>08/24/2021<br>09/09/2021 | $6,248.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.23. **Hitachi Capital America Corp.**<br>Creditor's name<br>**21925 Network Place**<br>Street<br><br>**Chicago**    **IL**    **60673**<br>City    State    ZIP Code | 07/01/2021<br>07/19/2021 | $3,318.84 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.24. **Hoisting Wire Rope & Sling**<br>Creditor's name<br>**P.O. Box 4237**<br>Street<br><br>**Corpus Christi**    **TX**    **78469**<br>City    State    ZIP Code | 06/21/2021<br>08/05/2021<br>08/11/2021<br>08/26/2021<br>09/09/2021 | $2,712.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Debtor | **Dalton Crane, L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **Internal Revenue Service**<br>Creditor's name<br>**ACS Support**<br>Street<br>**P.O. Box 24017**<br><br>**Fresno**　　　　**CA**　　**93779-4017**<br>City　　　　State　　ZIP Code | 08/31/2021 | $4,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　**Taxes** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26. **Jackson County Tax Assessor-Collector**<br>Creditor's name<br>**Monica H. Foster**<br>Street<br>**115 W. Main, Room 102**<br><br>**Edna**　　　　**TX**　　**77957**<br>City　　　　State　　ZIP Code | 09/02/2021 | $1,054.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　**Taxes** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.27. **M2 Lease Funds LLC**<br>Creditor's name<br>**Attn: Chip Housers**<br>Street<br>**175 N. Patrick Blvd., Ste. 140**<br><br>**Brookfield**　　　**WI**　　**53045**<br>City　　　　State　　ZIP Code | 07/12/2021<br>08/12/2021<br>08/26/2021 | $17,891.80 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.28. **MainStay Suites**<br>Creditor's name<br>**565 N IH-35**<br>Street<br><br><br>**Cotulla**　　　　**TX**　　**78014**<br>City　　　　State　　ZIP Code | 06/21/2021<br>07/15/2021<br>08/05/2021<br>0826/2021 | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.29. **Manitowoc Finance**<br>Creditor's name<br>**P.O. Box 41602**<br>Street<br><br><br>**Philadelphia**　　　**PA**　　**19101-1602**<br>City　　　　State　　ZIP Code | 06/28/2021<br>07/12/2021<br>08/23/2021 | $81,902.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.30. **Michael S. Klingle CPA, PLLC**<br>Creditor's name<br>**P.O.  Box 2083**<br>Street<br><br><br>**Victoria**　　　　**TX**　　**77902**<br>City　　　　State　　ZIP Code | 07/15/2021 | $2,650.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

Debtor   **Dalton Crane, L.C.**
Name

Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.31. **Midland States Bank**<br>Creditor's name<br>**c/o Contract Care**<br>Street<br>**P.O. Box 24245**<br><br>**Seattle**    **WA**   **98124**<br>City    State    ZIP Code | **06/28/2021**<br>**07/01/2021**<br>**06/26/2021** | **$4,443.70** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.32. **Milamore Oil Field and Heavy Haul**<br>Creditor's name<br>**P.O. Box 1309**<br>Street<br><br>**El Campo**    **TX**   **77437**<br>City    State    ZIP Code | **06/21/2020** | **$3,307.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.33. **NEC CO-OP Energy**<br>Creditor's name<br>**P.O. Box 103000**<br>Street<br><br>**Victoria**    **TX**   **77903-3000**<br>City    State    ZIP Code | **06/17/2021**<br>**07/22/2021**<br>**08/19/2021**<br>**09/23/2021** | **$3,203.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   **Utility - Electric** |
| 3.34. **New Distributing**<br>Creditor's name<br>**P.O. Box 1247**<br>Street<br><br>**Victoria**    **TX**   **77902**<br>City    State    ZIP Code | **07/15/2021**<br>**09/09/2021** | **$3,772.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.35. **Old Second National Bank**<br>Creditor's name<br>**37 S. River Street**<br>Street<br><br>**Aurora**    **IL**   **60506-4172**<br>City    State    ZIP Code | **07/08/2021** | **$29,070.12** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.36. **Oleander Acres**<br>Creditor's name<br>**2421 South Conway Ave.**<br>Street<br><br>**Mission**    **TX**   **78572**<br>City    State    ZIP Code | **09/08/2021** | **$2,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **Dalton Crane, L.C.**                                    Case number (if known) _____
         Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

**3.37.**  **Orelly Automotive Inc.**
Creditor's name

| | 07/08/2021 | $8,210.04 | |
| | 09/23/2021 | | |

**P.O. Box 9464**
Street

Reasons for payment or transfer — Check all that apply:
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

**Springfield**          **MO**    **65801-9464**
City                     State     ZIP Code

---

**3.38.**  **People's Capital and Leasing Corp.**
Creditor's name

Dates: 06/28/2021, 08/05/2021
Total amount or value: $56,870.71

**850 Main Street, BC-03**
Street

Reasons for payment or transfer — Check all that apply:
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

**Bridgeport**           **CT**    **06604**
City                     State     ZIP Code

---

**3.39.**  **Performance Truck**
Creditor's name

Dates: 06/15/2021
Total amount or value: $5,427.48

**7301 N. US Hwy. 59**
Street

Reasons for payment or transfer — Check all that apply:
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**Victoria**             **TX**    **77905**
City                     State     ZIP Code

---

**3.40.**  **Pest Pros**
Creditor's name

Dates: 07/15/2021, 09/09/2021
Total amount or value: $1,190.76

**1908 N. Laurent, Ste. 192**
Street

Reasons for payment or transfer — Check all that apply:
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**Victoria**             **TX**    **77901**
City                     State     ZIP Code

---

**3.41.**  **Praxair Distribution, Inc.**
Creditor's name

Dates: 07/15/2021, 08/05/2021, 08/11/2021, 09/09/2021
Total amount or value: $1,574.41

**Dept. 0812**
Street
**P.O. Box 120812**

Reasons for payment or transfer — Check all that apply:
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**Dallas**               **TX**    **75312-0812**
City                     State     ZIP Code

---

**3.42.**  **Reladyne**
Creditor's name

Dates: 07/15/2021, 09/19/2011
Total amount or value: $2,417.35

**P.O. Box 958669**
Street

Reasons for payment or transfer — Check all that apply:
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**St. Louis**            **MO**    **63195**
City                     State     ZIP Code

Debtor **Dalton Crane, L.C.**
_____   Case number (if known) _____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.43. **Signature Financial**<br>Creditor's name<br>**P.O. Box 71278**<br>Street<br><br>**Philadelphia     PA     19176-6278**<br>City                State   ZIP Code | 06/28/2021 | $30,944.35 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.44. **Simmons Bank**<br>Creditor's name<br>**601 E. 3rd Street**<br>Street<br><br>**Little Rock     AR     72201**<br>City                State   ZIP Code | 07/12/2021 | $14,884.48 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.45. **Smitty's Heavy Hauling, LLC**<br>Creditor's name<br>**P.O. Box 2380**<br>Street<br><br>**Dilley     TX     78017**<br>City                State   ZIP Code | 06/21/2021 | $3,615.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.46. **Southern Tire Mart**<br>Creditor's name<br>**7605 Hwy. 59 N**<br>Street<br><br>**Victoria     TX     77905**<br>City                State   ZIP Code | 07/15/2021<br>08/05/2021<br>08/11/2021<br>09/19/2021 | $10,430.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.47. **Texas Mutual Insurance**<br>Creditor's name<br>**6210 East Hwy. 290**<br>Street<br><br>**Austin     TX     78723-1098**<br>City                State   ZIP Code | 06/15/2021<br>07/15/2021<br>08/11/2021<br>09/23/2021 | $21,256.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.48. **Texas Workforce Commission**<br>Creditor's name<br>**P.O. Box 149073**<br>Street<br><br>**Austin     TX     78714-9037**<br>City                State   ZIP Code | 07/22/2021 | $8,860.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Taxes** |

Debtor      **Dalton Crane, L.C.**                                    Case number (if known) _____
            Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.49.** **Tiger Industrial Rentals** — 07/15/2021 — $3,047.25
Creditor's name
**P.O. Box 733253**
Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**Dallas** **TX** **75373-3252**
City        State  ZIP Code

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.50.** **Waste Management** — 06/17/2021 — $2,839.30
Creditor's name — 07/22/2021
**P.O. Box 43350** — 08/19/2021
Street — 09/23/2021

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  **Wast Service - Dumpst**

**Phoenix** **AZ** **85080**
City        State  ZIP Code

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.51.** **WEX** — 06/07/2021 — $120,481.84
Creditor's name — 06/11/2021
**P.O. Box 639** — 06/18/2021
Street — 06/25/2021
— 07/06/2021
— 07/12/2021
**Portland** **ME** **04104-0639** — 07/16/2021
City        State  ZIP Code — 07/23/2021
— 07/30/2021
— 08/06/2021
— 08/20/2021
— 09/03/2021
— 09/10/2021
— 09/20/2021

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.52.** **Compliance Associates Managers** — 07/15/2021 — $682.94
Creditor's name — 09/09/2021
**6704 Guada Coma**
Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**Schertz** **TX** **78154**
City        State  ZIP Code

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.53.** **Novak Diesel Services, LLC** — 09/10/2021 — $43,313.15
Creditor's name
**P.O. Box 1468**
Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**Edna** **TX** **77957**
City        State  ZIP Code

---

Debtor    **Dalton Crane, L.C.**                                Case number (if known) _____
        Name

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

     List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

     ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Dalton Crane** | 06/03/2021 | **$93,500.00** | **Dalton Crane Frist State Bank to** |
| | Insider's name | 06/10/2021 | | **Dalton Crane Prosperity Bank to** |
| | | 06/16/2021 | | **a pex holding account that hold** |
| | Street | 06/22/2021 | | **money for company debt cards** |
| | | 06/25/2021 | | |
| | | 07/01/2021 | | |
| | City    State    ZIP Code | 07/07/2021 | | |
| | | 07/15/2021 | | |
| | **Relationship to debtor** | 07/20/2021 | | |
| | | 07/28/2021 | | |
| | | 08/04/2021 | | |
| | | 08/11/2021 | | |
| | | 08/18/2021 | | |
| | | 08/25/2021 | | |
| | | 09/02/2021 | | |
| | | 09/08/2021 | | |
| | | 09/16/2021 | | |

**5.**    **Repossessions, foreclosures, and returns**

     List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

     ☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Simmons Bank** | **2018 Link Belk HTC 3140** | **09/01/2021** | **$1,285,000.00** |
| | Creditor's name | | | |
| | **601 E. 3rd Street** | | | |
| | Street | | | |
| | **Little Rock**    **AR**    **72201** | | | |
| | City    State    ZIP Code | | | |

**6.**    **Setoffs**

     List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

     ☑ None

Debtor   **Dalton Crane, L.C.**                                    Case number (if known) _____
          Name

| Part 3: | Legal Actions or Assignments |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Norman Glen Wooten v. Dalton Crane, LC, et al.** | **General Negligence** | **37th District Court** <br> Name <br> **Bexar County, Texas** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**
**2021CI16498**

City                    State   ZIP Code

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Jahaziel Cano** <br> Recipient's name <br> **2420 Pebble Dr.** <br> Street <br><br> **Mission**      **TX**   **78574** <br> City           State   ZIP Code <br><br> **Recipient's relationship to debtor** | **Charity Donation Youth Sponsorship** | **08/26/2021** | **$3,500.00** |

| Part 5: | Certain Losses |

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor **Dalton Crane, L.C.**          Case number (if known) _____
Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Martin & Drought, P.C.** | | **09/17/2021** | **$25,000.00** |

**Address**

**Weston Centre**
Street
**112 East Pecan Street**

**San Antonio**          **TX**     **78205**
City                          State      ZIP Code

**Email or website address**

**mcolvard@mdtlaw.com**

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Cassie Snipes** | **2016 Mack Truck - equipment solf for payoff - paid to Dalton Crane** | **03/17/2021** | **$30,500.00** |

**Address**

**P.O. Box 185**
Street

**Edna**          **TX**     **77957**
City                          State      ZIP Code

**Relationship to debtor**

**Employee**

Debtor   __Dalton Crane, L.C.__                                    Case number (if known) _____
         Name

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | __Alma Martinez De Torres__ | **2018 Dream VIN 16957 - equipment sold for payoff - paid to M2 lease funds to TDECU Credit Union** | 05/24/2021 | $11,500.00 |

**Address**

_____
Street

_____

_____
City                   State      ZIP Code

**Relationship to debtor**

_____

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

---

Debtor    **Dalton Crane, L.C.**        Case number (if known) _____
         Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Prosperity Bank**<br>Name<br>**1301 N. Mechanic St.**<br>Street<br><br>**El Campo**    **TX**   **77437**<br>City    State   ZIP Code | XXXX- **5  4  1  8** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other **PPP Acct.** | **05/28/2021** | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

Debtor  **Dalton Crane, L.C.**                                  Case number (if known) _____
Name

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.1.  **South Texas Barns, LLC** <br> Name <br> **4627 CR-284** <br> Street <br> **P.O. Box 579** <br> **Edna**  **TX**  **77957** <br> City  State  ZIP Code | | Do not include Social Security number or ITIN. <br><br> EIN:  **8  3 – 3  3  7  1  9  9  9** <br><br> **Dates business existed** <br><br> From _____  To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Michael S. Klingle CPA, PLLC** <br> Name <br> **P.O. Box 2083** <br> Street <br><br> **Victoria**  **TX**  **77902** <br> City  State  ZIP Code | From  **10/27/2016**  To  **Present** |

Debtor     **Dalton Crane, L.C.**                                    Case number (if known) _____
                Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
        statement within 2 years before filing this case.

        ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
        financial statement within 2 years before filing this case.

        ☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1.  **Donna Dalton**<br>Name<br>**P.O. Box 5606**<br>Street<br><br>**Victoria**        **TX**   **77903**<br>City                State   ZIP Code<br><br>**Relationship to debtor**<br>**Mother** | **$10,000.00** | **08/06/2021** | **OWNER FINANCE OF THE COMPANY** |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    __Dalton Crane, L.C._____    Case number (if known) _____
          Name

### Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _10/01/2021_
             MM / DD / YYYY

X  /s/ Joshua Dalton                                     Printed name  **Joshua Dalton**_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **CEO/Member**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re  **Dalton Crane, L.C.**                    Case No.  _____

                                             Chapter   **11**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..............................................Fixed Fee:  __**$25,000.00**__

Prior to the filing of this statement I have received........................................  __**$25,000.00**__

Balance Due..........................................................................................  __**$0.00**__

2.  The source of the compensation paid to me was:
    ☑ Debtor                  ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor                  ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/01/2021

_Date_

/s/ **MICHAEL G. COLVARD**

_MICHAEL G. COLVARD_                    Bar No.  04629200
Martin & Drought, P.C.
Weston Centre
112 East Pecan Street
Suite 1616
San Antonio, TX 78205
Phone: (210) 227-7591 / Fax: (210) 227-7924

</div>

/s/ **Joshua Dalton**

**Joshua Dalton**
**CEO/Member**

**Fill in this information to identify the case:**

Debtor name **Dalton Crane, L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First State Bank<br>P.O. Box 254<br>Ganado, TX 77962 | | | Contingent<br>Unliquidated<br>Disputed | $550,000.00 | $87,000.00 | $463,000.00 |
| 2 | American Eagle/Bennett Motor Express<br>P.O. Box 896829<br>Charlotte, NC 28289 | | ACCOUNT BALANCE | Contingent<br>Unliquidated<br>Disputed | | | $355,555.96 |
| 3 | Manitowoc Finance<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | | Contract/Lease | Contingent<br>Unliquidated<br>Disputed | | | $100,849.58 |
| 4 | Manitowoc Finance<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | | Contract/Lease | Contingent<br>Unliquidated<br>Disputed | | | $100,847.15 |
| 5 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | | ACCOUNT BALANCE | Contingent<br>Unliquidated<br>Disputed | | | $92,166.24 |

Debtor      **Dalton Crane, L.C.** _____     Case number (if known) _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  AFS/IBEX<br>P.O. Box 224528<br>Dallas, TX 75222-9762 | | INSURANCE | Contingent<br>Unliquidated<br>Disputed | | | $80,368.14 |
| 7  B-C Equipment Sales, Inc.<br>P.O. Box 10345<br>Corpus Christi, TX 78460-0345 | | ACCOUNT BALANCE | Contingent<br>Unliquidated<br>Disputed | | | $78,458.13 |
| 8  Ascentium Capital<br>23970 Hwy. 59N<br>Kingwood, TX 77339-1535 | | | Contingent<br>Unliquidated<br>Disputed | $126,443.35 | $105,800.00 | $20,643.35 |
| 9  People's Captial and Leasing Corp.<br>850 Main Street<br>BC03-RC#871<br>Bridgeport, CT 06604-4913 | | | Contingent<br>Unliquidated<br>Disputed | $615,021.63 | $600,000.00 | $15,021.63 |
| 10  EROAD<br>7618 S.W. Mohak Street<br>Tualatin, OR 97062 | | ACCOUNT BALANCE | Contingent<br>Unliquidated<br>Disputed | | | $11,201.35 |
| 11  Mainstays Suites<br>565 N. IH-35<br>Cotulla, TX 78014 | | ACCOUNT BALANCE | Contingent<br>Unliquidated<br>Disputed | | | $10,952.40 |
| 12  Anderson Machinery Company<br>5309 U.S. Hwy. 59 N<br>Victoria, TX 77905 | | Parts and Rental Equipment | Contingent<br>Unliquidated<br>Disputed | | | $8,523.31 |
| 13  Dalton Trucking<br>P.O. Box 5606<br>Victoria, TX 77903 | | ACCOUNT BALANCE | Contingent<br>Unliquidated<br>Disputed | | | $8,100.00 |

| Debtor | **Dalton Crane, L.C.** | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Midland Equipment Finance 1801 Park 270 Drive, Suite 200 St. Louis, MO 63146 | | | Contingent Unliquidated Disputed | $98,084.49 | $93,000.00 | $5,084.49 |
| 15 Winde Transport, LLC 245 FM 60 S Caldwell, TX 77836 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $4,600.00 |
| 16 Hollingsworth Grain & Trucking, Inc. P.O. Box 384 Sanger, TX 76266 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $4,305.00 |
| 17 Merit Energy Company 28808 North FM 681 Edinburg, TX 78541 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $4,297.30 |
| 18 Double Coin Corcentric, LLC 62861 Collections Center Drive Chicago, IL 60693 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $4,250.44 |
| 19 Corcentric, LLC 62861 Collections Center Drive Chicago, IL 60693 | | National Tire Account | Contingent Unliquidated Disputed | | | $4,250.44 |
| 20 Southern Tire Mart 7605 Hwy. 59 N Victoria, TX 77905 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $3,127.10 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Dalton Crane, L.C.**                                    CASE NO

                                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   _10 – 01 – 2021_____          Signature   _/s/ Joshua Dalton_____
                                                                          **Joshua Dalton**
                                                                          **CEO/Member**


Date _____          Signature   _____

A-Action Auto Glass
P.O.Box 608
Edna, TX 77957


AFS/IBEX
P.O. Box 224528
Dallas, TX 75222-9762


Allan's Wrecker Service
P.O. Box 572
Inez, TX 77968


American Eagle Logistics
1247 Petrolleum Parkway
Broussard, LA 70518


American Eagle Logistics, LLC
1247 Petroleum Pkwy
Broussard, LA 70518


American Eagle/Bennett Motor Express
P.O. Box 896829
Charlotte, NC 28289


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Ameris Bank
P.O. Box 105075
Atlanta, GA 30348


Anderson Machinery Company
5309 U.S. Hwy. 59 N
Victoria, TX 77905

Ariba, Inc.
3420 Hillview Ave., Building 3
Palo Alto, CA 94304


Ascentium Capital
23970 Hwy. 59N
Kingwood, TX 77339-1535


AT&T Mobility
P.O. Box 650574
Dallas, TX 75265-0574


B-C Equipment Sales, Inc.
P.O. Box 10345
Corpus Christi, TX 78460-0345


Beasley Tire Services
P.O. Box 11556
Houston, TX 77039


Bep's Auto Supply and Service
P.O. Box 253
Ganado, TX 77962


Blue Cross/Blue Shield
1800 West Loop S. Ste. 600
Houston, TX 77027


Bobby D. Safety Service, LLC
89 CR-125
Edna, TX 77957


Celtic Bank
268 South State St., Suite 300
Salt Lake City, UT 84111

Certified Laboratories
P.O. Box 971269
Dallas, TX 75397-1269


Compliance Associates Managers
6704 Guada Coma Dr.
Schertz, TX 78154


Corcentric, LLC
62861 Collections Center Drive
Chicago, IL 60693


Dalton Trucking
P.O. Box 5606
Victoria, TX 77903


Double Coin
Corcentric, LLC
62861 Collections Center Drive
Chicago, IL 60693


Edna Auto Supply
614 West Main
Edna, TX 77957


EROAD
7618 S.W. Mohak Street
Tualatin, OR 97062


Exact Crane & Equipment Corp.
28985 Ambina Dr.
Solon, OH 44139


First State Bank
P.O. Box 254
Ganado, TX 77962

```
FleetPride
P.O. Box 847118
Dallas, TX 75284-7118



Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673-1219



Hoisting Wire Rope & Sling
P.O. Box 4237
Corpus Christi, TX 78469



Hollingsworth Grain & Trucking, Inc.
P.O. Box 384
Sanger, TX 76266



INTERNAL REVENUE SERVICE
Special Procedures - Insolvency
P.O. BOX 21126
PHILADELPHIA, PA  19114



Jackson County Tax Assessor-Collector
Monca Foster
115 West Main Street, Room 102
Edna, TX 77957



JMFS Services
P.O. Box 1308
Edna, TX 77957



Jose E. Barrera
Attorney at Law
1225 Agnes Suite B-8
Corpus Chrisit, TX 78401



M 2 Lease
175 N. Patrick Blvd., Suite 140
Brookfield, WI 53045
```

M 2 Lease Funds
175 N. Patrick Blvd., Suite 140
Brookfield, WI 53045


M2 Lease
175 N. Patrick Blvd., Suite 140
Brookfield, WI 53045


Mainstays Suites
565 N. IH-35
Cotulla, TX 78014


Manitowoc Finance
P.O. Box 41602
Philadelphia, PA 19101-1602


Merit Energy Company
28808 North FM 681
Edinburg, TX 78541


Michael S. Klingle CPA, PLLC
P.O. Box 2083
Victoria, TX 77902


Midland Equipment Finance
1801 Park 270 Drive, Suite 200
St. Louis, MO 63146


Milamore Oil Field and Heavy Haul
P.O. Box 1309
El Campo, TX 77437


NEC CO-OP Energy
P.O. Box 103000
Victoria, TX 77903-3000

New Distributing
P.O. Box 1247
Victoria, TX 77902


NextCare Urgent Care
2550 N. Thunderbird Circle, Ste. 123
Mesa, AZ 85215-1219


Old Second National Bank
37 S. River St.
Aurora, IL 60506-4172


Oleander Acres
2421 South Conway Ave.
Mission, TX 78572


Orelly Automotive Inc.
P.O. Box 9464
Springfield, MO 65801-9464


People's Captial and Leasing Corp.
850 Main Street
BC03-RC#871
Bridgeport, CT 06604-4913


Performance Truck
7301 N. U.S. Hwy. 59
Victoria, TX 77905


PestPros
1908 N. Laurent, Ste. 192
Victoria, TX 77901


Praxair Distribution, Inc.
Dept. 0812
P.O. Box 120812
Dallas, TX 75312-0812

Reladyne
P.O. Box 958669
St. Louis, MO 63195


Signature Financial
P.O. Box 71278
Philadelphia, PA 19176-6278


Simmons Bank
601 E. 3rd Street
Little Rock, AR 72201


Smitty's Heavy Hauling, LLC
P.O. Box 2380
Dilley, TX 78017


Southern Tire Mart
7605 Hwy. 59 N
Victoria, TX 77905


Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528


Texas Mutual Insurance
6210 East Hwy. 290
Austin, TX 78723-1098


Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714-9037


Tiger Industrial Rentals
P.O. Box 733253
Dallas, TX 75373-3252

```
TISD
1412 E. Red River
Victoria, TX 77901


U.S. Attorney
919 Milam, Suite 1500
P.O. Box 61129
Houston, TX 77208

Waste Management
P.O. Box 43350
Phoenix, AZ 85080


Wells & Cuellar
440 Louisiana, Suite 718
Houston, TX 77002


WEX
P.O. Box 639
Portland, ME 04104-0639


Winde Transport, LLC
245 FM 60 S
Caldwell, TX 77836
```